IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EUGENE LAMAR PENDLETON,       )
                              )
     Petitioner,              )
                              )    CIVIL ACTION NO.
     v.                       )     2:12cv1058-MHT
                              )         (WO)
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. 87) is adopted.

(2) Petitioner's "Motion to Reopen a Prior Judgment" (Doc. 76) is dismissed for lack of jurisdiction because it constitutes a successive 28 U.S.C. § 2255 motion filed without the required appellate court authorization; alternatively, if the motion is deemed a bona fide motion for relief under Federal Rule of Civil Procedure 60, it is denied for

lack of merit.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of February, 2024.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**